IN the MATTER OF MEDICAL INCAPACITY PROCEEDINGS
AGAINST John F. KERSCHER, Attorney at Law.

OFFICE OF LAWYER REGULATION, Complainant,

v.

John F. KERSCHER, Respondent.

Supreme Court

*No. 01–0217–D. Filed March 9, 2001.*

2001 WI 18

(Also reported in 623 N.W.2d 94.)

## ORDER

On January 23, 2001, Attorney John F. Kerscher filed a request pursuant to SCR 22.34(11), for the indefinite suspension of his license to practice law in this state due to his medical incapacity. The Office of Lawyer Regulation filed a response supporting that request and a summary of its investigation into the medical incapacity allegations against Attorney John R. Kerscher. Attorney Kerscher acknowledges that he cannot successfully defend himself against the medical incapacity allegations. Based upon these considerations,

IT IS ORDERED that the request is granted and, effective the date of this order, Attorney John F. Kerscher's license to practice law in this state is indefinitely suspended.

Cornelia G. Clark
Clerk of Supreme Court